NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00006 |
| v. | |
| **HORACIO GARCIA-VASQUEZ, and FERNANDO TAURINO BARRIGA-ANTONIO,** | **MOTION TO PARTIALLY UNSEAL CASE** |
| **Defendants.** | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint and affidavit in support of the complaint remain under seal as the matter remains under investigation. The government will file a redacted version of the complaint and affidavit to be publicly available.

The above-captioned defendants have been arrested and the arrest warrants and complaint are necessary for arraignment and other court purposes. The government intends to disclose the

sealed document to defense counsel, but requests that only the redacted documents be referred to in public proceedings, or as justice requires.

Dated: January 11, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney