AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.

HORACIO GARCIA-VASQUEZ

*Defendant*

)
)
)
)
)
)

ORIGINAL

Case No. 3:23-mj-00006-1

U.S. MARSHALS SERVICE  JAN 11 '23  1:23PM

FILED 11 JAN '23 14:02 USDC-ORP

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HORACIO GARCIA-VASQUEZ                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1), (b)(1)(A)(vi) and 846 - Possession with intent to distribute controlled substances and Conspiracy to Possess with Intent to Distribute controlled substances.

Date: January 11, 2023

*Issuing officer's signature*

City and state:   PORTLAND, Oregon         JEFFREY ARMISTEAD, U.S. Magistrate Judge
                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE  01/11/2023
ARRESTED BY  DEA

Date: _____

U.S. MARSHAL
BY E. CATER

*Arresting officer's signature*

*Printed name and title*